UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SEAVON PIERCE, | ) | No. EDCV 11-1485-VAP (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| HEDGPETH (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that this petition is summarily dismissed as duplicative of another petition pending in this court.

DATED: Sept 22 2011

VIRGINIA A. PHILLIPS
United States District Judge